IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIE ANTHONY BROWN** | : | CIVIL ACTION |
| *Plaintiff pro se* | : | |
| | : | |
| v. | : | NO. 23-CV-1265 |
| | : | |
| **MICHELLE HANGLEY,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 13th day of November, 2023, upon consideration of Plaintiff Willie Anthony Brown's *pro se* Fifth Amended Complaint (ECF No. 17), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Fifth Amended Complaint is **DISMISSED, with prejudice.**

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*